UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY MARTINEZ,<br>　　　　Plaintiff,<br>　　v.<br>WILLIAM SULLIVAN, et al.,<br>　　　　Defendants. | Case No.17-cv-04436-JD<br><br>**ORDER RE MOTION TO APPOINT COUNSEL NUNC PRO TUNC**<br><br>Re: Dkt. No. 14 |

The request for appointment of counsel is denied. Petitioner has not shown a likelihood of success on the merits, and the issues are not sufficiently complex that the ends of justice warrant appointed counsel. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

**IT IS SO ORDERED.**

Dated: June 28, 2018

JAMES DONATO
United States District Judge