UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY MARTINEZ,<br>　　　　Petitioner,<br>　　v.<br>WILLIAM SULLIVAN,<br>　　　　Respondent. | Case No. 17-cv-04436-JD<br><br>**JUDGMENT** |

Pursuant to the order filed today denying the petition for a writ of habeas corpus, Dkt. No. 18, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED.**

Dated: April 26, 2019

JAMES DONATO
United States District Judge